JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLIS JAMES<br><br>        **Plaintiff(s),**<br><br>    v.<br><br>GEORGE SAFFIE JR.<br><br>        **Defendant(s).** | **CASE NO.** SA CV08-0212-DOC(MLGx)<br><br>ORDER DISMISSING CIVIL ACTION |

The Court issued an Order to Show Cause re Dismissal for Lack of Prosecution on August 6, 2008. Plaintiff was ordered to show cause in writing no later than August 15, 2008, why this action should not be dismissed for lack of prosecution. Plaintiff has failed to file any response to the Order to Show Cause.

IT IS ORDERED that this action is hereby dismissed without prejudice for lack of prosecution.

DATED: August 21, 2008                  _____

                                                      DAVID O. CARTER<br>
                                                      United States District Judge